# United States District Court

Southern DISTRICT OF California

07 DEC 17 AM 10:07

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EB444133593US addressed to General Auto Part, 1404 C. Central Ave, Sarasota FL 34236

**SEARCH WARRANT**

CASE NUMBER: 07 MJ 2838

TO: P. G. Garn, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __12/17/2007__
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Ruben Brooks__
U. S. Judge or Magistrate
as required by law.

__12/7/2007 at 11:40 a.m.__     at __San Diego, Calif.__
Date and Time Issued                 City and State

**RUBEN B. BROOKS**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

_/s/ Ruben Brooks_
Signature of Judicial Office

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12-7-2007 | 12-12-2007  1030 hrs | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

SA Raymond Starr and P. E. Gavin Postal Inspector

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EB444133593US

To General Auto Part          from Rojas Auto Part
1404 C. Central Ave           250 Granger Ave
Sarasota FL 34236             National City CA 91950

Containing
- styrofoam packing material
- Fram filter boxes
- 6 bundles wrapped in brown paper with tape surrounded by layers of plastic wrap, dryer sheets and paper containing marijuana

weight of box and bundles approx 9155 grams

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_P. E. Gavin_

Subscribed, sworn to, and returned before me this date.

_U.S. Judge or Magistrate_    12/17/2007